# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00256-CR

**Eli Blue Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. D-1-DC-13-200700, HONORABLE CLIFFORD BROWN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Eli Blue Hernandez pleaded guilty to the offense of possession of a controlled substance, cocaine, and was sentenced to five years' imprisonment.[1] The district court has certified that this is a plea-bargain case, the defendant has no right of appeal, and the defendant has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Accordingly, we dismiss the appeal.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed

Filed: June 21, 2013

Do Not Publish

---

[1] Contemporaneously, Hernandez pleaded true to allegations in a motion to adjudicate guilt in trial court cause number D-1-DC-10-206973, the appeal of which has been separately docketed under appellate cause number 03-13-00255-CR. That appeal remains pending at this time.